

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



Molly C. Dwyer
Clerk of Court

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

---

Docket Number:            25-4521
Originating Case Number:  4:25-cv-03292-JSW

Short Title:              Chen, et al. v. Noem, et al.

---

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:          25-4521
Originating Case Number:   4:25-cv-03292-JSW

Case Title:          Chen, et al. v. Noem, et al.

**Monday, July 28, 2025**
Kristi Noem                    Mediation Questionnaire due
Todd M. Lyons                  Mediation Questionnaire due

**Tuesday, August 19, 2025**
Kristi Noem                    Preliminary Injunction Opening
                               Brief Due
Todd M. Lyons                  Preliminary Injunction Opening
                               Brief Due

**Tuesday, September 16, 2025**
Zhuoer Chen                    Preliminary Injunction Answering
                               Brief Due
Mengcheng Yu                   Preliminary Injunction Answering
                               Brief Due
Jiarong Ouyang                 Preliminary Injunction Answering
                               Brief Due
Gexi Guo                       Preliminary Injunction Answering
                               Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**